# EXHIBIT A

## STATE COURT DOCKET

# Case Information

## Elias Joseph Karam VS META PLATFORMS

2024CI04190

Location
Bexar County - 224th District Court

Case Category
Civil - Injury or Damage

Case Type
Defamation/Libel/Slander

Case Filed Date
2/26/2024

Judge
224th, District Court

## Parties 2

| Type | Name | Nickname/Alias | Attorneys |
|------|------|----------------|-----------|
| Plaintiff | Elias Joseph Karam | | Pro Se |
| Defendant | META PLATFORMS | | |

## Events 4

| Date | Event | Type | Comments | Documents |
|------|-------|------|----------|-----------|
| 2/26/2024 | Filing | Petition | | Lawsuit (version 3).pdf |
| 4/5/2024 | Filing | COPY OF | Property Value Under Exclusive Management of Elias Joseph Karam | Copy of market values & home values (UWM) of the properties(CAD) of document Generated properties - Google Sheets.pdf |
| 4/5/2024 | Filing | MOTION FOR DEFAULT JUDGMENT | | FacebookLawsuitDefaultJudge.pdf |
| 5/24/2024 | Filing | REQUEST FOR SERVICE AND PROCESS | | REQUEST FOR SERVICE.pdf |

© 2024 Tyler Technologies, Inc. | All Rights Reserved

Version: 2024.4.0.270



CERTIFIED MAIL  7020 1290 0002 1671 7441

**Case Number: 2024CI04190**

**Elias Joseph Karam VS META PLATFORMS**
(Note: Attached Document May Contain Additional Litigants.)

IN THE 224th District Court
BEXAR COUNTY, TEXAS

**CITATION**

**"THE STATE OF TEXAS"**
**DIRECTED TO:**     META PLATFORMS
By Serving Its Registered Agent Corporation Service Company DBA CSC-Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218 USA

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said **ORIGINAL PETITION** was filed **on this the 26th day of February, 2024.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT  **31ST DAY OF MAY, 2024.**

**Elias Joseph Karam**
**PRO-SE**
**259 Rockhill Dr**
**San Antonio TX  78209**



**Gloria A. Martinez**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
**By: /s/** Patrick Gordon
**Patrick Gordon, Deputy**

---

**Elias Joseph Karam VS META PLATFORMS**            **Officer's Return**            **Case Number: 2024CI04190**
**Court: 224th District Court**

Came to hand on the 31st day of May, 2024, at  11:11 AM and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____

day of _____, 20_____, by delivering to: _____ at 211

E. 7th Street, Suite 620 Austin, TX 78701-3218 USA

Austin TX  78701 a true copy of this CITATION, upon which I endorsed that date of delivery, together with the accompanying

copy of the CITATION with ORIGINAL PETITION.

Cause of failure to execute this is

_____.



**Gloria A. Martinez**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**
**San Antonio, Texas 78205**

**By: /s/** Patrick Gordon
**Patrick Gordon, Deputy**

FILED
2/26/2024 12:00 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Brenda Carrillo
Bexar County - 224th District Court



*Petition for Damages*

*IN THE DISTRICT COURT OF Bexar County, Texas*

*Elias Joseph Karam*
*Plaintiff,*

*v.*

**2024CI04190**

*Meta Platforms,*
*Defendant.*

**\*\*Case No.:\*\*** *[To be assigned by the court]*

**\*\*PETITION\*\***

*COMES NOW the Plaintiff, Elias Joseph Karam, and for their cause of action against the Defendant, Meta Platforms, states and alleges as follows:*

**\*\*I. PARTIES\*\***

*1. Plaintiff, Elias Joseph Karam, is an individual residing in 259 Rockhill Dr. , San Antonio, Texas, San Antonio, Texas.*

*2. Defendant, Meta Platforms (hereinafter "Meta"), is a corporation with its principal place of business located at 211 E. 7th Street, Suite 620, Austin, TX 78701-3218, USA.*

**\*\*II. JURISDICTION AND VENUE\*\***

*This Court has jurisdiction over the subject matter of this action and the parties involved under [specific state law/statute] because the Defendant conducts business within this jurisdiction and the amount in controversy exceeds [jurisdictional limit, if applicable].*

*Venue is proper in this Court pursuant to [specific state law/statute] because the Defendant's principal place of business is located within this jurisdiction and the events giving rise to this lawsuit occurred within this jurisdiction.*

**\*\*III. FACTUAL ALLEGATIONS\*\***

*Plaintiff alleges that Meta has engaged in practices that constitute shadow banning, defamation, deceptive trade practices, fraud, violations of fair housing laws, and other wrongful actions in connection with the Plaintiff's use of Meta's services, specifically Facebook.*

*Despite accepting payment for advertisements, Meta has sporadically banned the Plaintiff's Facebook account and the Facebook account of the Plaintiff's sales agent, thereby causing significant harm to the Plaintiff's business operations, professional credibility, and potential sales along with old and new transaction within the State of Texas as a realtor, and mortgage broker whom owns and operates in 100 percent interest a real estate brokerage and a mortgage company with individual license.*

*These actions by Meta have caused substantial financial loss and damage to the Plaintiff's reputation among their clientele and within their professional community. Furthermore, these actions have inflicted significant emotional and psychological distress upon the Plaintiff, manifesting in depression, erectile dysfunction, and other mental and emotional distress as a direct result of Meta's willful and malicious conduct.*

**\*\*IV. CAUSES OF ACTION\*\***

*Plaintiff asserts the following causes of action against Meta:*

*A. Shadow Banning*
*B. Advertisement Misrepresentation*

C. Defamation
D. Deceptive Trade Practices
E. Fraud
F. Violations of Fair Housing Laws
G. Emotional and Psychological Damages

**V. DAMAGES**

As a direct and proximate result of Meta's actions, Plaintiff has suffered damages in excess of $25,000,000, including but not limited to lost revenue, damage to professional reputation, emotional distress, and psychological harm. The conduct of Meta, as detailed herein, was willful, malicious, and demonstrated a reckless disregard for the rights and well-being of the Plaintiff, justifying an award of punitive damages.

**VI. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award compensatory damages in the amount of $25,000,000 or as determined by the Court for lost revenue, damage to professional reputation, emotional distress, and psychological harm;
B. Award punitive damages in an amount sufficient to punish the Defendant for their willful and malicious conduct and to deter such conduct in the future;
C. Grant injunctive relief prohibiting Meta from continuing its unlawful practices;
D. Award costs of this action including attorney's fees; and
E. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Elias Joseph Karam

*Elias Joseph Karam*

dotloop verified
02/24/24 4:44 AM CST
5BEP-N2BN-SJX2-GIPO

210-828-5187
louiekaram@gmail.com
259 Rockhill Dr, San Antonio, Texas, 78209
Elias Joseph Karam

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 84868661
Filing Code Description: Petition
Filing Description:
Status as of 2/26/2024 8:43 AM CST

Associated Case Party: EliasJosephKaram

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Elias Karam | | louiekaram@gmail.com | 2/24/2024 4:51:42 AM | SENT |

Associated Case Party: META PLATFORMS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Meta Platforms INC. | | legal@facebook.com | 2/24/2024 4:51:42 AM | SENT |



CERTIFIED MAIL

7020 1290 0002 1671 7441



*Gloria A. Martinez*
*Bexar County District Clerk*
*101 W. Nueva, Suite 217*
*San Antonio, Texas 78205*
*RETURN SERVICE REQUESTED*



US POSTAGE PITNEY BOWES
ZIP 78204   $ 008.9
02 4W
0000387844 MAY 31

Meta Platforms
By Serving Its Registered Agent Corporation Service Company
DBA CSC-Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218 USA
Patrick Gordon Citation Certified Mail 2024CI04190

78701$3218 C015

FILED
4/5/2024 5:26 AM
Gloria A. Martinez

Bexar County District Clerk
Accepted By: Wendy Rodriguez
Bexar County - 224th District Court

Case 5:24-cv-00720-OLG   Document 1-1   Filed 06/27/24   Page 8 of 27

2024CI04190

| Sabor Properties | | | | NTREIS Properties | | | | Austin Rental Properties | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Address | Property ID | Estimated Value (on UWM) Sale | Rental | Property Address | Property ID | Estimated Value (on UWM) Sale | Rental | Property Address | Property ID | Estimated Value (on UWM) Sale | Rental |
| 435 Vanderbilt St, San Antonio, TX 78210, USA | 384166 | $256,775.00 | | 915 Western Ave, Borger, TX 79007 | 3531 | | | 2110 ARPDALE ST | 100700 | $1,118,258.00 | |
| 7830 Bent Branch, San Antonio, TX 78250, USA | 703309 | $359,946.00 | | 905 E 16th St, Big Spring, TX 79720 (Rear) | 279200 | | | 1803 HOLLY ST | 188274 | $620,534.00 | |
| 1711 Ceralvo St, San Antonio, TX 78237, USA | 421545 | $243,794.00 | | 810 N Madden St, Shamrock, TX 79079 | 2107 | | | 1708 Montopolis Dr, Austin, TX 78741, USA | 289328 | No residential home value exists for this address | |
| 2223 Muddy Peak Dr, San Antonio, TX 78245, USA | 340504 | $207,002.00 | | 808 Bowie St, Sweetwater, TX 79556 | 31705 | $29,564.00 | | LANGHAM ST or 1710 Montopolis Dr, Austin, T) | 289329 | No residential home value exists for this address | |
| 214 Weaver St, San Antonio, TX 78210 | 378518 | $289,247.00 | | 804 Moody St, Borger, TX 79007 | 14583 | No residential home value exists fo | | 6110 KASPER ST | 289332 | $296,223.00 | |
| 259 Rockhill Dr, San Antonio, TX 78209, US | 516439 | $1,006,714.00 | | 804 Avenue C, Levelland, TX 79336 | 6443 | $57,544.00 | | 6108 KASPER ST | 289333 | $297,355.00 | |
| 1015 King Ave, San Antonio, TX 78211 | 426013 | $226,132.00 | | 802 E 6TH ROTAN TX | | $74,558.00 | | 6106 KASPER ST | 289334 | $308,380.00 | |
| 8411 Timber Fair, San Antonio, TX 78250, USA | 715662 | $367,861.00 | | 708 N Main St, Electra, TX 76360 | 111902 | $75,259.00 | | 6104 KASPER ST | 289335 | not found | |
| 2220 40th St, Lubbock, TX 79412, USA | R74499 | $121,904.00 | | 707 N Texas St, Shamrock, TX 79079 | 2131 | No residential home value exists fo | | 6102 KASPER ST | 289337 | not found | |
| 114 Mulberry Ave, San Antonio, TX 78201, USA | 120880 | $324,878.00 | | 613 S 10th Ave, Teague, TX 75860, USA | 22657 | $72,829.00 | | 6100 KASPER ST | 289338 | $293,410.00 | |
| 1803 Holly St, Austin, TX 78702, USA | 188274 | $620,534.00 | | 518 N Wilbarger St, Electra, TX 76360 | 111600 | $25,673.00 | | 2400 FOREST AVE | 305499 | $645,241.00 | |
| 943 Essex St, San Antonio, TX 78210, USA | 118463 | $261,936.00 | | 512 N Alice Ave, Monahans, TX 79756, USA | 7596 | No residential home value exists for this address | | | | | |
| 2474 Abbott Rd, St Hedwig, TX 78152, USA | | $650000 | | 509 Franklin Ave, Spur, TX 79370, USA | 5366 | No residential home value exists for this address | | | | | |
| 1439 Schley Ave, San Antonio, TX 78210, USA | 380777 | $270,885.00 | | 508 W Live Oak St, Jacksboro, TX 76458 | 5250 | $57,855.00 | | | | | |
| 4842 John Victor Dr, San Antonio, TX 78210, USA | 514619 | $54,242.00 | | 503 Story St, Coleman, TX 76834 | R17814 | $25,562.00 | | | | | |
| 6100 Kasper St, Austin, TX 78741, USA | 289338 | $293,410.00 | | 44 Northwest Avenue A, Hamlin, TX 79520 / 44 NW AVE A | 11590 | $44,324.00 | | | | | |
| 6001 Goliad Ave, Dallas, TX 75206, USA | 184345000000 | $585,269.00 | | 417 Alabama St, Borger, TX 79007 | 12380 | No residential home value exists for this address | | | | | |
| 9426 Arcadia Creek, San Antonio, TX 78251, USA | 665822 | $353,526.00 | | 408 N 3rd St E, Haskell, TX 79521 | 6771 | $87,800.00 | | | | | |
| 6110 Kasper St, Austin, TX 78741, USA | 289332 | $296,223.00 | | 406 Giles St, Mineola, TX 75773 | 38774 | $70,234.00 | | | | | |
| 6102 Kasper St, Austin, TX 78741, USA | 289337 | not found | | 317 S Waggoner St, Electra, TX 76360 | 112271 | No residential home value exists for this address | | | | | |
| 700 LENA DR Del Rio TX 78840 | 24264 | $56,726.00 | | 2268 E 48TH ST, LUBBOCK, TX 79404 | R27638 | $53,594.00 | | | | | |
| 3635 Candlehill, San Antonio, TX 78244, USA | 326840 | $346,708.00 | | 213 Burlington Ave, Spur, TX 79370, USA | 4657 | No residential home value exists for this address | | | | | |
| 9410 Grace Pl, San Antonio, TX 78250, USA | 727373 | $359,666.00 | | 211 S Texas St, Shamrock, TX 79079 | 3252 | No residential home value exists for this address | | | | | |
| 2400 Forest Ave, Austin, TX 78704, USA | 305499 | $645,241.00 | | 207 Avenue L, Levelland, TX 79336 | 13543 | $51,574.00 | | | | | |
| 818 Austin St, Asherton, TX 78827, USA | 111010 | $109,519.00 | | 2019 W POPLAR ST, SAN ANTONIO, TX 78207 | 126082 | $98,474.00 | | | | | |
| 9719 Alexa Pl, San Antonio, TX 78251, USA | 665930 | $342,229.00 | | 194 Fernando St, Mercedes, TX 78570, USA | 220813 | $50,556.00 | | | | | |
| 9823 Logans Ridge Dr, Converse, TX 78109, USA | 303949 | $352,193.00 | | 1915 Lamar St, Vernon, TX 76384 | 4705001 | $33,175.00 | | | | | |
| 3306 W Poplar St, San Antonio, TX 78228 | 148560 | $232,079.00 | | 175 N Austin Ave, Littlefield, TX 79339 | 19187 | $35,146.00 | | | | | |
| 1046 Poinsettia St, San Antonio, TX 78202, USA | 441284 | $206,960.00 | | 148 Morning Dove Dr, Jefferson, TX 75657 | | $83,427.00 | | | | | |
| 301 Chapa Ave, San Diego, TX 78384, USA | | $79000 | | 138 W Lake Dr, Hamlin, TX 79520, USA | 16764 | $71,901.00 | | | | | |
| 250 W Boyer Ave, San Antonio, TX 78210, USA | 383750 | $255,456.00 | | 1325 Potter St, Borger, TX 79007 | 4913 | No residential home value exists for this address | | | | | |
| 1718 Schley Ave, San Antonio, TX 78210, USA | 380876 | $292,908.00 | | 1300 Francis St, Borger, TX 79007 | 4693 | No residential home value exists for this address | | | | | |
| 8507 Watchtower St, San Antonio, TX 78254, USA | 682336 | $369,709.00 | | 117 N Crosby St, Crosbyton, TX 79322 | 10048 | No residential home value exists for this address | | | | | |
| 6106 Kasper St, Austin, TX 78741, USA | 289334 | $308,380.00 | | 114 S Farmer St, Crosbyton, TX 79322 | 10068 | $93,580.00 | | | | | |
| 215 Avondale Ave, San Antonio, TX 78223, USA | 396858 | $143,395.00 | | 1101 W Mesquite St, Coleman, TX 76834 | R17043 | $71,518.00 | | | | | |
| 6105 Kasper St, Austin, TX 78741, USA | 289333 | $297,355.00 | | 106 E Magnolia Ave, Electra, TX 76360 | 111033 | $24,726.00 | | | | | |
| 9315 Rue De Bois, San Antonio, TX 78254, USA | 694631 | $351,408.00 | | 105 Tom Green St, Sweetwater, TX 79556, USA | 26318 | $89,383.00 | | | | | |
| 2623 Country Hollow, San Antonio, TX 78209, USA | 617301 | $820,978.00 | | 104 S IOWA, SHAMROCK, TX 79079 | 2364 | No residential home value exists for this address | | | | | |
| 307 McKinley Ave, San Antonio, TX 78210, USA | 138499 | $284,735.00 | | 104 Co Rd 3784, Queen City, TX 75572, USA | 42019 | $39,622.00 | | | | | |
| 2110 Arpdale St, Austin, TX 78704, USA | 100700 | $1,118,258.00 | | 1023 Hirschi Ln, Wichita Falls, TX 76306 | 140042 | No residential home value exists for this address | | | | | |
| 6104 Kasper St, Austin, TX 78741, USA | 289335 | $250000 | | 101 Avenue C, Electra, TX 76360 | 110916 | $78,033.00 | | | | | |
| 1105 Rivas St, San Antonio, TX 78207 | 126504 | $135,690.00 | | 133 Elms Ave, Littlefield, TX 79339 | | No residential home value exists for this address | | | | | |
| 1113 Rivas St, San Antonio, TX 78207, USA | 126501 | $213,824.00 | | | | | | | | | |
| 343 Ranmar Ave, San Antonio, TX 78214, USA | 506289 | $250,623.00 | | | | | | | | | |
| 551 E Southcross, San Antonio, TX 78214, USA | 399232 | $255,988.00 | | | | | | | | | |
| 111 Austin St, San Antonio, TX, 78215 USA | | $105,000.00 | | | | | | | | | |
| 10942 Beinhorn, Houston, Texas | | $1800000 | | | | | | | | | |
| 624 E El Prado, San Antonio, Texas | | $1910000 | | | | | | | | | |
| 2400 Forest Avenue, Austin, Texas | | Repeat | | | | | | | | | |
| 1803 Holly Avenue, Austin Texas | | Repeat | | | | | | | | | |
| 11815 Meadowspring, Dallas Texas | | $650000 | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | | NTREIS Properties | | | | | Austin Rental Properties | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | |
| | | Sale | Rental | | | | Sale | Rental | | | | Sale | Rental |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | | NTREIS Properties | | | | | Austin Rental Properties | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | |
| | | Sale | Rental | | | | Sale | Rental | | | | Sale | Rental |
| | | | | | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | | NTREIS Properties | | | | | Austin Rental Properties | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | |
| | | Sale | Rental | | | | Sale | Rental | | | | Sale | Rental | | |
| | | | | | | | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | | NTREIS Properties | | | | | Austin Rental Properties | | | | |
| Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | |
| | | Sale | Rental | | | | Sale | Rental | | | | Sale | Rental | | |
| | | | | | | | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | | NTREIS Properties | | | | | Austin Rental Properties | | | |
| Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | |
| | | Sale | Rental | | | | Sale | Rental | | | | Sale | Rental |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Sabor Properties | | | | NTREIS Properties | | | | Austin Rental Properties | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Address | Property ID | Estimated Value (on UWM) | | Property Address | Property ID | Estimated Value (on UWM) | | Property Address | Property ID | Estimated Value (on UWM) | | |
| | | Sale | Rental | | | Sale | Rental | | | Sale | Rental | |
| | | | | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | | NTREIS Properties | | | | | Austin Rental Properties | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | |
| | | Sale | Rental | | | | Sale | Rental | | | | Sale | Rental | |
| | | | | | | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | NTREIS Properties | | | | Austin Rental Properties | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Address | Property ID | Estimated Value (on UWM) | | Property Address | Property ID | Estimated Value (on UWM) | | Property Address | Property ID | Estimated Value (on UWM) | |
| | | Sale | Rental | | | Sale | Rental | | | Sale | Rental |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | | NTREIS Properties | | | | | Austin Rental Properties | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | |
| | | Sale | Rental | | | | Sale | Rental | | | | Sale | Rental |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | | NTREIS Properties | | | | | Austin Rental Properties | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | |
| | | Sale | Rental | | | | Sale | Rental | | | | Sale | Rental |
| | | | | | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | | NTREIS Properties | | | | | Austin Rental Properties | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | |
| | | Sale | Rental | | | | Sale | Rental | | | | Sale | Rental |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | | NTREIS Properties | | | | | Austin Rental Properties | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | |
| | | Sale | Rental | | | | Sale | Rental | | | | Sale | Rental | |
| | | | | | | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | | NTREIS Properties | | | | | Austin Rental Properties | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | |
| | | Sale | Rental | | | | Sale | Rental | | | | Sale | Rental |
| | | | | | | | | | | | | | |

Copy from re:SearchTX

| Sabor Properties | | | | | NTREIS Properties | | | | | Austin Rental Properties | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | | | Property Address | Property ID | Estimated Value (on UWM) | |
| | | Sale | Rental | | | | Sale | Rental | | | | Sale | Rental |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 86326711
Filing Code Description: MOTION FOR DEFAULT JUDGMENT
Filing Description:
Status as of 4/8/2024 4:26 PM CST

Associated Case Party: META PLATFORMS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Meta Platforms INC. | | legal@facebook.com | 4/5/2024 5:26:52 AM | SENT |

Associated Case Party: EliasJosephKaram

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Elias Karam | | louiekaram@gmail.com | 4/5/2024 5:26:52 AM | SENT |

Copy from re:SearchTX

FILED
4/5/2024 5:26 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Wendy Rodriguez
Bexar County - 224th District Court

Case 5:24-cv-00720-OLG    Document 1-1    Filed 06/27/24    Page 24 of 27

*IN THE DISTRICT COURT OF BEXAR COUNTY, TEXAS*

*Elias Joseph Karam*
*Plaintiff,*
*v.*
*Meta Platforms,*
*Defendant.*

*Case No.: Case # 2024CI04190 - Judge 224th, District Court*

*MOTION FOR DEFAULT JUDGMENT*

*COMES NOW, Plaintiff Elias Joseph Karam, by and through his undersigned counsel, and respectfully moves this Court for the entry of a Default Judgment against Defendant Meta Platforms, and in support thereof, states as follows:*

*Introduction: The Plaintiff, Elias Joseph Karam, filed his Petition for Damages against the Defendant, Meta Platforms, alleging various causes of action including shadow banning, advertisement misrepresentation, defamation, deceptive trade practices, fraud, violations of fair housing laws, and emotional and psychological damages.*

*Service of Process: The Defendant was duly served with the Summons and Petition for Damages, at its principal place of business located at 211 E. 7th Street Suite 620, Austin, TX 78701-3218, USA. Proof of service was filed with this Court.*

*Default of Defendant: The Defendant, Meta Platforms, has failed to answer or otherwise respond to the Plaintiff's Petition within the time frame prescribed by law, and is therefore in default.*

*Request for Default Judgment: Pursuant to Texas Law, the Plaintiff now requests this Court to enter a default judgment against the Defendant, Meta Platforms, for failing to plead or otherwise defend against the action brought by the Plaintiff.*

*Damages Sought: The Plaintiff seeks compensatory damages in the amount of $25,000,000 for lost revenue, damage to professional reputation, emotional distress, and psychological harm, along with punitive damages, costs of this action, including attorney's fees, and any other relief the Court deems just and proper.*

*WHEREFORE, Plaintiff Elias Joseph Karam respectfully requests that this Court enter a Default Judgment against Defendant Meta Platforms, and award damages, costs, and any other relief deemed just and proper.*

*Respectfully submitted,*

*Elias Joseph Karam*
*Pro Se*

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 86326711
Filing Code Description: MOTION FOR DEFAULT JUDGMENT
Filing Description:
Status as of 4/8/2024 4:26 PM CST

Associated Case Party: EliasJosephKaram

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Elias Karam | | louiekaram@gmail.com | 4/5/2024 5:26:52 AM | SENT |

Associated Case Party: META PLATFORMS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Meta Platforms INC. | | legal@facebook.com | 4/5/2024 5:26:52 AM | SENT |

Copy from re:SearchTX

FILED
5/24/2024 11:52 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Martha Laura Medellin
Bexar County - 224th District Court

Cause Number: 2024CI04190

District Court : 224TH



CIT CML / SAC 4

# GLORIA A. MARTINEZ
## Bexar County District Clerk

## <u>REQUEST FOR PROCESS</u>

Style: ELIAS JOSEPH KARAM          **Vs.** META PLATFORMS

**Request the following process:** (Please check all that Apply)

☑ **Citation** ☐ **Notice** ☐ **Temporary Restraining Order** ☐ **Notice of Application for Protective Order**
☐ **Temporary Protective Order** ☐ **Precept with hearing** ☐ **Precept with***out*** a hearing** ☐ **Writ of Attachment**
☐ **Writ of Habeas Corpus** ☐ **Writ of Garnishment** ☐ **Writ of Sequestration** ☐ **Capias** ☐ **Other:** _____

**1.**
**Name:** META PLATFORMS
**Registered Agent/By Serving:** CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY
**Address** 211 E. 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701-3218
**Service Type:** (Check One) ☐ *Private Process* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door* ☑ *Certified Mail*
☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable 1* ☐ *Constable 2* ☐ *Constable 3* ☐ *Constable 4*

**2.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail*
☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable 1* ☐ *Constable 2* ☐ *Constable 3* ☐ *Constable 4*

**3.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail*
☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable 1* ☐ *Constable 2* ☐ *Constable 3* ☐ *Constable 4*

**4.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail*
☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable 1* ☐ *Constable 2* ☐ *Constable 3* ☐ *Constable 4*

**Title of Document/Pleading to be Attached to Process:** PETITION

**Name of Attorney/Pro se:** ELIAS J. KARAM PRO SE          **Bar Number:** N/A
**Address:** 259 ROCKHILL DR          **Phone Number:** 210-828-5187
SAN ANTONIO, TEXAS 78209

**Attorney for Plaintiff** X _____ **Defendant** _____ **Other** _____

***\*\*\*\*IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED\*\*\*\****

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 88111661
Filing Code Description: REQUEST FOR SERVICE AND PROCESS
Filing Description:
Status as of 5/29/2024 9:07 AM CST

Associated Case Party: EliasJosephKaram

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Elias Karam | | louiekaram@gmail.com | 5/24/2024 11:52:32 AM | SENT |

Associated Case Party: META PLATFORMS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Meta Platforms INC. | | legal@facebook.com | 5/24/2024 11:52:32 AM | SENT |

Copy from re:SearchTX