UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
July 22, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| ELIAS JOSEPH KARAM | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL NO. SA-24-CV-720-OLG-ESC |
| | ) |
| META PLATFORMS, INC. | ) |
| | ) |
| Defendant | ) |

**ORDER**

Pending before the Court is Plaintiff's motion for temporary restraining order. Docket no. 9. The Court has reviewed the motion, and finds that it should be denied.

Rule 65 states that the Court may issue a temporary restraining order without notice to the adverse party *"only if . . .* the [movant] certifies in writing any efforts made to give notice and the reasons why it should not be required." FED. R. CIV. P. 65(b)(1)(B). Plaintiff failed to include a certificate of service or otherwise show that notice has been provided to the adverse party or, alternatively, why notice should not be required.

Further, Plaintiff's motion, on its face, does not meet the burden of proof imposed on persons seeking temporary injunctive relief. Plaintiff makes one conclusory allegation – that "the sporadic bans imposed by Meta lack consistency and clear justification, violating Plaintiff's right to fair and transparent treatment." Docket no. 9, p. 2. This is clearly insufficient to show a substantial likelihood of success on the merits of Plaintiff's claims.

For these reasons, Plaintiff's motion for temporary restraining order (docket no. 9) is DENIED.

SIGNED on the 22nd day of July, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE